# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**CITIMORTGAGE, INC.,**

        **Plaintiff,**

-vs-                              Case No. 6:11-cv-884-Orl-31DAB

**IRIS W. QUINN and EARLIE QUINN,**

        **Defendants.**

_____/

## ORDER

This matter comes before the Court on the Notice of Removal (Doc. 1) filed by the Defendants. After reviewing the notice and the documents from the state court case, the Court finds that it lacks subject matter jurisdiction over this dispute. Accordingly, this case is hereby

**REMANDED** to the Circuit Court of the 18th Judicial Circuit, in and for Seminole County, Florida. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on May 27, 2011.

                                                    GREGORY A. PRESNELL
                                     UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party